THOMAS TAYLOR, as Trustee, for St. Lucie Estates Collateral Trust, v. O. NOBLES and NATIONAL SURETY COMPANY OF NEW YORK.

173 So. 908.
Division B.
Opinion Filed April 26, 1937.
Petition for Rehearing Denied May 27, 1937.

*Carroll Dunscombe,* for Plaintiff in Error;

*Smith & Kanner* and *Loftin, Stokes & Calkins,* for Defendants in Error.

PER CURIAM.—This cause coming on to be heard upon the briefs and argument of counsel for the respective parties and the transcript of the record, which has been duly inspected, the Court is of the opinion that no reversible error appears and that the judgment brought before us by this writ of error should be affirmed.

It is so ordered.

ELLIS, C. J., and WHITFIELD, TERRELL and BROWN, J. J., concur.

BUFORD, and DAVIS, J. J., concur specially.

DAVIS, J. (concurring).—This suit is against National Surety Corporation as surety on a bond, the obligation of which is not retrospective to a date prior to May 1, 1933. The course of action, it seems to me, is found on matters not within the terms of the bond as written, therefore the Circuit Court properly sustained demurrer. Whether the principal, absent the surety, would be liable for the alleged wrongs, is a matter not before us for consideration in the present case. I concur in affirmance, with the foregoing explanation of my reason for so doing.

ELLIS, C. J., and BUFORD, J., concur.